UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-99

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GARLIN RAYMOND FARRIS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion for Jail Law Library Access. After consulting the record, it appears defendant is represented by counsel. As the Local Criminal Rules prohibit *pro se* pleadings where defendant is represented by counsel, LCrR 47.1(g), the court will deny defendant's motion and encourage him to instead consult with counsel. Having considered defendant's motions, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Jail Law Library Access (#14) is **DENIED**. Defendant is encouraged to consult with counsel before making any further filings in this matter.

Signed: April 30, 2018

Max O. Cogburn Jr.
United States District Judge