UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00099-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) ORDER<br>) |
| **Garlin Raymond Farris** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's request for extension of pretrial deadlines, contained in his Motion to Continue (#24). Having considered defendant's request and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's request for extension of deadlines, contained in the Motion to Continue (#24), is **GRANTED,** and defendant is granted up to and inclusive of November 2, 2018, to file any pretrial motions.

Signed: August 13, 2018

Max O. Cogburn Jr
United States District Judge