IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00099-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court sua sponte.

Before she was terminated, trial counsel filed a Renewed Motion for Judgment of Acquittal, (Doc. No. 64), to which the government responded, (Doc. No. 66). Subsequently, current counsel was appointed to represent the defendant in further proceedings. (Oral Order, Jun. 28, 2019, Keesler, M.J.).

**IT IS, THEREFORE, ORDERED** that current counsel for the defendant file a pleading within fourteen (14) days of entry of this Order stating whether he adopts or withdraws the previously filed motion.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge