IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Return Property, (Doc. No. 135), and his motion for a show cause order, (Doc. No. 145).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion to Return Property, (Doc. No. 135), within fourteen (14) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the motion to show cause, (Doc. No. 145), is rendered **MOOT** by this Order.

Signed: December 2, 2021

Robert J. Conrad, Jr.
United States District Judge