IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion for Preservation of Evidence. (Doc. No. 142).

In the motion, the defendant seeks entry of an order directing the government to preserve any evidence or other information relating in any way to his case until he has had the opportunity to inspect such records. (Id. at 1-2). Local Criminal Rule 55-2 and Local Civil Rule 79.1 govern the custody and disposition of trial evidence. The defendant has not shown any legal authority to require expanded preservation while he pursues post-conviction relief under 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the Motion for Preservation of Evidence, (Doc. No. 142), is **DENIED**.

Signed: December 2, 2021

Robert J. Conrad, Jr.
United States District Judge