IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Return Property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 135), and the government's response, (Doc. No. 153).

Now that he is serving his sentence, the defendant seeks the return of two cellphones, a mini recorder, a North Carolina identification card, a Social Security card, a bank card, and $700 in currency seized pursuant to a search warrant. (Doc. No. 135: Motion at 1). The government agrees to the return of $1,741 in seized currency, but states the other items were destroyed as abandoned property. (Doc. No. 153: Response at 3-4).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 135), is **DISMISSED as moot**.

Signed: May 19, 2022

Robert J. Conrad, Jr.
United States District Judge