IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion for Reconsideration, (Doc. No. 154), challenging a prior ruling that he had not shown trial counsel retained material about his case, (Doc. No. 148).

In a prior motion, the defendant stated to this Court that trial counsel Miranda J. Mills advised him in August 2019 that she sent her case files to the defendant's sentencing attorney, Roderick Davis. (Doc. No. 140: Motion at 2). In support of the instant motion, the defendant references his own letter to Ms. Mills reporting that Mr. Davis told him that that she did not forward any case files. (Doc. No. 154: Motion at 1). The Court finds that the defendant's divergent hearsay statements do not establish grounds to reconsider its prior ruling because he has still not shown that Ms. Mills retained material about his case.

**IT IS, THEREFORE, ORDERED** that the Motion to Reconsider, (Doc. No. 154), is **DENIED**.

Signed: May 19, 2022

Robert J. Conrad, Jr.
United States District Judge