IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion for Reconsideration, (Doc. No. 176), of the Court's denial, (Doc. No. 170: Order), of his Motion for a New Trial, (Doc. No. 165).

The defendant complains that the Court issued its Order before his Reply, (Doc. No. 174), to the government's Response, (Doc. No. 169), was filed. The Court has now fully reviewed the defendant's Reply; however, the Court does not find a basis to alter its prior ruling.

**IT IS, THEREFORE, ORDERED** that the Motion to Reconsider, (Doc. No. 176), is **DENIED**.

Signed: June 7, 2022

Robert J. Conrad, Jr.
United States District Judge