IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se his Motion to Amend, (Doc. No. 182), his Motion for Reconsideration, (Doc. No. 176).

**IT IS, THEREFORE, ORDERED** that the Motion to Amend, (Doc. No. 182), is **GRANTED**.

Signed: June 9, 2022

Robert J. Conrad, Jr.
United States District Judge