IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's renewed Motion to Compel, (Doc. No. 194), and Motion to Show Cause, (Doc. No. 195).

The defendant asks the Court to compel his former lawyer, Roderick Glenn Davis, "to release all case files in his possession" to the defendant. (Doc. No. 194: Motion at 1). "Under N.C. Rules of Prof'l Conduct R. 1.16(d), '[u]pon termination of representation, a lawyer shall takes [sic] steps to the extent reasonably practicable to protect a client's interests, such as ... surrendering papers and property to which the client is entitled." <u>United States v. Barefoot</u>, 609 F. App'x 157, 158 (4th Cir. 2015) (citing <u>United States v. Basham</u>, 789 F.3d 358, 388 (4th Cir. 2015)). However, under this District's Standard Discovery Order, a defendant is not entitled to retain documents produced by the government after disposition of the case. (Order at ¶ 23, March 30, 2018).

**IT IS, THEREFORE, ORDERED** that former counsel, Roderick Glenn Davis, shall file a response to the Motion to Compel within fourteen (14) days of the entry of this Order stating whether he retains papers and property to which the defendant is entitled.

The Clerk is directed to certify copies of this order to Mr. Davis, the defendant, and the United States Attorney.

Signed: August 31, 2022

Robert J. Conrad, Jr.
United States District Judge