IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| GARLIN RAYMOND FARRIS | ) |
| | ) |

**THIS MATTER** is before the Court sua sponte.

After this Court denied, (Doc. No. 170: Order), the defendant's amended Motion for New Trial, (Doc. No. 165), the defendant filed a Motion for Reconsideration, (Doc. No. 176), and a Motion to Amend the Motion for Reconsideration, (Doc. No. 182). The Court found no basis to alter its prior ruling. (Doc. No. 181).[1] In a separate Order, (Doc. No. 186), the Court granted the Motion to Amend the Motion for Reconsideration.

The defendant has now filed a Petition for Writ of Mandamus in the United States Court of Appeals for the Fourth Circuit stating the Order granting the Motion to Amend, (Doc. No. 186), was "issued without any instruction or clarity on the granting of the motion." (Case No. 22-1961, Doc. No. 1 at 2). This Court's intent was to permit the amendment of the Motion for Reconsideration, but not to alter its ruling on the merits. Accordingly, the amended Motion for New Trial and the amended Motion for Reconsideration are considered resolved in this Court.

---

[1] The Motion to Amend was received on June 6, 2022, and entered on June 8, 2022. (Doc. No. 182). The Court's Order denying the Motion for Reconsideration was entered on June 7, 2022. (Doc. No. 181).

The Clerk is directed to certify copies to the defendant, the United States Attorney, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: September 21, 2022

Robert J. Conrad, Jr.
United States District Judge