IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit, (Doc. No. 211: Opinion; Doc. No. 216: Mandate), with directions to grant the defendant's Motion to Compel, (Doc. No. 162), seeking case files from former counsel Miranda J. Mills.

**IT IS, THEREFORE, ORDERED** that former counsel, Miranda J. Mills, shall surrender papers and property to which her former client is entitled[1] within fourteen (14) days of the entry of this Order.

The Clerk is directed to certify copies of this order to Ms. Mills, the defendant, the United States Attorney, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: November 15, 2022

Robert J. Conrad, Jr.
United States District Judge

---

[1] Under this District's Standard Discovery Order, a defendant is not entitled to retain documents produced by the government after disposition of the case. (Order at ¶ 23, March 30, 2018).