IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00099-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARLIN RAYMOND FARRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's pro se motion to reconsider, (Doc. No. 234), the denial of his motion to reconsider (Doc. No. 232: Motion; Doc. No. 233: Order), challenging the denial of his sentence reduction motion under Amendment 821, (Doc. No. 227: Motion; Doc. No. 230: Order).

One of the cases cited by the defendant in the instant motion is <u>United States v. Goodwyn</u>, 596 F.3d 233, 236) (4th Cir. 2010). (Doc. No. 234: Motion at 1). In that case, the United States Court of Appeals for the Fourth Circuit ruled:

> When the Sentencing Commission reduces the Guidelines range applicable to a prisoner's sentence, the prisoner has an opportunity pursuant to § 3582(c)(2) to persuade the district court to modify his sentence. If the result does not satisfy him, he may timely appeal it. But he may not, almost eight months later, ask the district court to reconsider its decision.

<u>Goodwyn</u>, 596 F.3d at 236. Here, the defendant did not persuade the Court to reduce his sentence. Accordingly, he must now seek review of that decision on appeal.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 234), is **DISMISSED**. Any further motions for reconsideration will be summarily dismissed.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: February 6, 2024

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge